**FILED**

OCT 2 4 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

SOUTHERN DISTRICT OF INDIANA

INDIANA

| | |
|---|---|
| Andrea Scott | 1:23-cv-1908-JMS-MKK |
| Plaintiff | |
| -vs- | |
| Jcpenney | |
| Defendant | |

**AFFIDAVIT**

I, Andrea Scott, of Fishers, in Hamilton, Indiana, MAKE OATH AND SAY THAT:

1. On January 30, 2023, I was wrongfully terminated due to retaliation and discrimination perpetuated by the Defendant.

2. I was informed by loss prevention associate Desiree Spain that I was being harassed on October 1, 2022 by loss prevention manager Lori Antic. She was using the company's camera equipment to violate my privacy by: zooming in on my body parts, reading my text messages off my phone, and incessantly watching me without probable cause to attempt to find anything to get me fired.

3. I made a formal complaint to the Ethics department, who then transferred the complaint to the Human Resource Department. I spoke with "Martha" on or around December 22, 2022 who threatened me with termination in the conversation if I didn't tell her the names of everyone I spoke to about this situation. She stated she would follow up and as of the date of termination she never had.

4. After termination I filed for unemployment in which the Defendant contested. The Department of Workforce case manager received information from the

     Defendant as to the reasoning for termination. She ruled that the Defendant terminated me for no just cause.

5. The Defendant then appealed that ruling which led to an administrative hearing. I was provided with paperwork which included an email sent by Lori Antic which provided a timeline of my actions for January 22, 2023. She deliberately presented a timeline that would fit a narrative to support termination. I was able to present facts through witness statements that disputed her findings. Amanda Peterson, District Loss Prevention Manager, Glen Mason, District Store Manager, and Katy Pressel, store manager did not verify that her information was correct. Nor did anyone ever speak to me.

6. I had conversations with above stated management team and prior Store Manager Jennifer Albright with concerns; A lock was installed on an emergency exit door; during the five years I worked there never being compensated for after hours alarm calls (to my knowledge no other hourly supervisor had not either as I did their payroll); December 19, 2022 through December 26, 2022 there was a lack of heat in the building and we worked in our coats and gloves; Glen Mason specifically told me I had to move to get promoted while he has promoted two caucasian women to Store Manager in the Plainfield and Terre Haute Store.

7. During the administrative hearing, Lori Antic acknowledged to the Judge that there hadn't been anyone else terminated for the reasons that I was which the Defendant provided two different explanations. In April 2023, Jennifer Hall, Tonja Cotton, Mildred Dayoan left the store unsecured. They were not terminated for that incident.

STATE OF INDIANA

COUNTY OF HAMILTON

(Signature)

Andrea Scott

SUBSCRIBED AND SWORN TO BEFORE ME, on the 24 day of October, 2023

Signature

*[signature]*

(Seal)

NOTARY PUBLIC

My Commission expires: 12/06/2023

**JENNIFER F STEVENSON**
NOTARY PUBLIC - SEAL
STATE OF INDIANA
COMMISSION NUMBER 676317
MY COMMISSION EXPIRES DEC. 06, 2023

©2002-2023 LawDepot.com®