UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANDREA SCOTT, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) No. 1:23-cv-01908-JMS-MKK |
| JCPENNEY and PENNEY OPCO LLC, | ) ) ) ) |
| *Defendants*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 01/26/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

ANDREA SCOTT
14198 Calming Waters
Fishers, IN 46038